IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PAMELA J. STEWART, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:08-0658 |
| | ) | Judge Trauger |
| BAPTIST HOSPITAL, | ) | Magistrate Judge Knowles |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On July 28, 2008, the Magistrate Judge issued a Report and Recommendation (Docket No. 6), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that process be issued to the defendant.

This case is referred to the Magistrate Judge for case management, decision on all pretrial, nondispositive motions and report and recommendation on all dispositive motions under 28 U.S.C. § 636(b)(1) and to conduct any necessary proceedings under Rule 72, FED.R.CIV.P.

It is so **ORDERED.**

Enter this 21st day of August 2008.

_____
ALETA A. TRAUGER
U.S. District Judge