IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PAMELA J. STEWART, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:08-0658 |
| ) | Judge Trauger |
| BAPTIST HOSPITAL, ) | Magistrate Judge Knowles |
| ) | |
| Defendant. ) | |

### **O R D E R**

On April 6, 2009, the magistrate judge issued a Report and Recommendation (Docket No. 17), to which no timely objections have been filed. The Report and Recommendation is hereby ACCEPTED and made the findings of facts and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that this case is DISMISSED without prejudice.

It is so **ORDERED.**

Enter this 11th day of May, 2009.

_____
ALETA A. TRAUGER
U.S. District Judge